UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff | ) | CASE NO.1:09CR255 |
| | ) | |
| -vs- | ) | |
| | ) | |
| FRANK SVOBODA, | ) | ORDER ON GOVERNMENT'S |
| | ) | MOTION IN LIMINE |
| | ) | |
| Defendant(s). | ) | |

    The Court grants the Government's Motion in Limine Re: Relevancy Issues (ECF Doc. No. 13) filed July 24, 2009.

    The Defendant is prohibited from introducing testimony, tangible and/or other documents to support, advance or present any legal theory inconsistent with federal and state law followed by this Court - for instance, any theory of "sovereign citizens rights," "common law rights,"  "natural law rights," or similar rights previously unrecognized or discredited by federal and state courts.

    IT IS SO ORDERED.

    S/Christopher A. Boyko
    Christopher A. Boyko
    U.S. District Court Judge

August 5, 2009