UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff, | ) | CASE NO.1:09CR255 |
| | ) | |
| -vs- | ) | |
| | ) | |
| FRANK SVOBODA, | ) | <u>ORDER REINSTATING BOND</u> |
| | ) | |
| Defendant(s). | ) | |

On June 9, 2009 Defendant was arraigned before this Court on a two count indictment charging violations of (1) 18§506(a)(2) - Counterfeit Seals of Department or Agencies and (2) - 18§1028(a)(6),(b)(1)(A)(i) and (ii), Fraud in Connection with Identification Documents. Defendant was released on a $20,000 unsecured bond with Conditions of Release.

On August 17, 2009, the Court, pursuant to 18 U.S.C § 4241(b), ordered Defendant to undergo an evaluation to determine competency to aid in his defense and/or represent himself at trial. Defendant was remanded to FMC Devens Massachusetts.

Defendant, through counsel, motions this Court for an order reinstating his bond (ECF Doc. No. 69). Defendant states his competency evaluation is concluded, he is not a flight risk, and his absence is a hardship on his family.

The Government does not object to Defendant's motion to reinstate bond.

Therefore, it is ordered that the previous conditions of bond are reinstated. Defendant shall be released under the conditions of the $20,000 unsecured Appearance Bond and Order Setting Conditions of Release entered on June 10, 2009 (ECF Docs 5,6).

IT IS SO ORDERED.

s/Christopher A. Boyko
Christopher A. Boyko
U.S. District Court Judge

October 28, 2009